UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Henry J. King, Jr.,
      Plaintiff,

V.

The Phillies,
      Defendant.

Civil Action
No: 11-3285

## DISCLOSURE STATEMENT FORM

Please check one box:

☒    The nongovernmental corporate party, __Defendant The Phillies__, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐    The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

June 16, 2011                      s/Richard L. Strouse
    Date                                Richard L. Strouse

                 Counsel for:   Defendant The Phillies

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a)     WHO MUST FILE; CONTENTS.  A nongovernmental corporate party must file two copies of a disclosure statement that:
          (1)     identifies any parent corporation and any publicly held corporation owning10% or more of its stock; or

          (2)     states that there is no such corporation.

    (b) TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
          (1)     file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
          (2)     promptly file a supplemental statement if any required information changes.